ment. June Term, 1895.) Action by Ann E. Maytham against the Travelers' Insurance Company of Hartford, Conn. No opinion. Judgment and order affirmed.

MENDHAM, Appellant, v. ALGER, Respondent. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Maurice B. Mendham against Russell A. Alger. E. E. Wise, for appellant. F. H. Platt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MEYERS, Appellant, v. HIRSCH, Respondent. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Rose Meyers against Leon M. Hirsch. N. Lewis, for appellant. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MILBURN WAGON CO., Appellant, v. FRAZER et al., Respondents. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by the Milburn Wagon Company against William A. Frazer, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

MILKS, Respondent, v. MILKS, Appellant. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Newton Milks against John Milks. No opinion. Judgment and order affirmed. DWIGHT, P. J., not voting.

MILLS et al., Respondents, v. KENYON et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Edward P. Mills and another against Huntington R. Kenyon, impleaded, etc. No opinion. Interlocutory judgment affirmed, without costs. WARD, J., not sitting.

MINCHEN, Appellant, v. GARDINER et al., Respondents. (Supreme Court, General Term, Third Department. September 27, 1895.) Action by Harry L. Minchen against Charles D. Gardiner and others. No opinion. Order reversed, and motion granted, with $10 costs and disbursements, and $10 costs of special term.

MITCHELL, Appellant, v. BALL et al., Respondents. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Maria B. Mitchell, as sole surviving executrix, etc., against Frank H. Ball and another, as executors, etc. No opinion. Judgment affirmed, with costs.

MORAN, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, General Term, Third Department. September 27, 1895.) Action by Bridget Moran against Harris Friedman. No opinion. Motion to correct order made July 6th. Granted, without costs. See 34 N. Y. Supp. 911.

MOSER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Matilda Moser against the Manhattan Railway Company. J. C. Bushby, for appellant. L. C. Dessar, for respondent. No opinion. Judgment modified by reducing fee damage to $1,000, and rental damage to $319.87, and allowance to $50, and affirmed as modified, without costs.

MULLER et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Kaspar Muller and another against the Manhattan Railway Company. S. Babcock, for appellant. L. C. Dessar, for respondent. No opinion. Judgment modified by reducing fee damage to $1,000, and past damages to $250, and by striking out allowance, and, as modified, affirmed, without costs.

MULRY, Plaintiff, v. MULRY et al., Defendants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Winifred J. Mulry, as trustee, against William P. Mulry and others. M. J. Scanlon, for plaintiff. J. H. Mahan, for defendants. No opinion. Motion denied. See 35 N. Y. Supp. 618.

MUNROE, Appellant, v. CROUSE et al., Respondents. (Supreme Court, General Term, Fourth Department. February Term, 1895.) Action by Julia T. Munroe against Jacob Crouse and others. No opinion. Order reversed, with $10 costs and disbursements. Exceptions to the report of the referee overruled, and report of referee confirmed, with $10 costs and disbursements, and final judgment ordered in accordance with the report of the referee, with costs, with leave to plaintiff to apply at special term for an extra allowance before entry of final judgment. Judgment to be settled before HARDIN, P. J.

MYERS et al., Respondents, v. AMERICAN INVESTMENT GUARANTY CO., Appellant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Lewis A. Myers and another against the American Investment Guaranty Company. C. J. McBurney, for appellant. J. Nixon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

MYERS et al., Respondents, v. BOLTON et al., Appellants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Sarah L. Myers and another against Thomas Bolton and others. A. D. Salter, for appellants. J. R. Marvin, for respondents. No opinion. Motion denied. See 35 N. Y. Supp. 577.